MORGAN, *Petitioner,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. 76-3384, CA 9287)
574 P2d 364

Lawrence I. Evans, Portland, argued the cause for petitioner. With him on the brief were Ernest W. Kissling and Kissling & Keys, P.C., Portland.

William H. Stockton, Associate Counsel, Portland, argued the cause for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, Portland.

Before Schwab, Chief Judge, and Tanzer and Buttler, Judges.

PER CURIAM.

**PER CURIAM.**

Claimant, an assistant manager of an apartment complex, injured her ankle while bringing her groceries home at a time outside of her fixed duty hours and when she was on call, but not called. Both the hearing officer and the Workers' Compensation Board concluded that the injury did not arise out of and in the course of employment. *See* ORS 656.005(8)(a). We agree for the reasons we have previously stated in *Allen v. SAIF,* 29 Or App 631, 564 P2d 1086 *rev den* (1977), and *Walker v. SAIF,* 28 Or App 127, 558 P2d 1270 (1977).

Affirmed.